Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>BRYAN D POUND<br>KATIE SCARLET SNELL<br><br>Debtors | CASE NO: 16-28986<br><br>Chapter 13<br><br>Hon. KEVIN R. ANDERSON |

## CHAPTER 13 TRUSTEE'S OBJECTION TO
## CLAIM NO. 8 OF BSI FINANCIAL SERVICES

Pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007, Lon A. Jenkins, Standing Chapter 13 Trustee, ("Trustee") hereby objects to Claim No. 8 (hereinafter the "Claim") of BSI FINANCIAL SERVICES (hereinafter the "Creditor").  In support of his objection, the Trustee states as follows:

1. The Debtors filed a Chapter 13 petition on October 11, 2016, and the Court confirmed the Debtor's plan on January 24, 2017.

2. As set forth in the attached exhibit, the Creditor has represented to the Trustee that it no longer asserts a claim against the bankruptcy estate.

3. At this time, the Trustee does not object to the Creditor's retention of any prior disbursements made by the Trustee on this Claim.

WHEREFORE, the Trustee moves the Court for an order reducing the Creditor's Claim to $0.00 and authorizing the Trustee to not make any further disbursements on this Claim, effective as of the date of the attached exhibit.

Dated: 1/25/2018                                    LAJ /S/
                                                    LON A. JENKINS
                                                    CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Objection to Claim was served upon all persons entitled to receive notice in this case via ECF notification or by First Class U.S. Mail to the following parties on January 25, 2018:

BRYAN D POUND & KATIE SCARLET SNELL, 2227 EAST LENNOX LANE, SARATOGA SPRINGS, UT  84043

ANDREW T. CURTIS, ECF Notification

BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX   75038

US Bank c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd., #300, Highlands Ranch CO 80129


                                                    /s/ Kristen Ott



8742 Lucent Boulevard • Suite 300 • Highlands Ranch, CO 80129

P 720-241-7200
F 720-241-7218

November 22, 2017

Lon A. Jenkins
405 S Main St
Suite 600
Salt Lake City, UT 84111

Reference:   Return of Funds: Loan: 1008714865 – Bryan D Pound
             Check Number: 10218000
             Check Amount: $308.76

16-28986

To Whom It May Concern:

Enclosed please find the above mentioned check, which our office has been unable to process for the following reason(s):

___   Funds were sent to SLS in error.
___   Check needs to be and endorsed to SLS. Please endorse and return to SLS.
___   Unable to identify (Please provide more detailed information such as complete name and property address, SLS loan number and/or social security number.)
___   SLS does not service this loan.
_X_   Loan is paid in full.
___   SLS services 1st mortgage only.
___   SLS services 2nd mortgage only.
___   Certified funds are required on this loan.
___   Optional insurance premium refunds
___   Other: **Return of funds as loan Service Released over 60 days.**

If you have any questions or need further assistance, please contact our Customer Service Department at 1-800-315-4757.

Thank you,
Cashiering Department
Specialized Loan Servicing

THIS COMMUNICATION IS FROM A DEBTOR COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**BANKRUPTCY NOTICE** - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. **IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT 800-306-6057.**

8742 Lucent Blvd., Suite 300, Highlands Ranch, Colorado, 80129
Direct 720-241-7200  Fax 720-241-7220